# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES I TRUST, <br><br> Plaintiff, <br> v. <br><br> BETTY A. SPENSER, et al., <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 4:23-CV-00310-ALM-AGD |

### ORDER OF DISMISSAL

Came on for consideration the Parties' Joint Stipulation of Dismissal Without Prejudice (Dkt. #24).

It is therefore **ORDERED** that all of Plaintiff Bank of New York Mellon Trust Company, N.A., not in its Individual Capacity but solely as Owner Trustee for Mortgage Assets Management Series I Trust's claims against Defendants Betty A. Spenser, Melba Sue McBride, and Traci Payne Rettig are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

SIGNED this 11th day of December, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE